UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CEDRIC BISHOP And On Behalf of All Other
Persons Similarly Situated,                                          Index No.:19-cv-01753
                                    Plaintiffs,          **Stipulation of Dismissal**
            -against-

MAUI JIM, INC.
                                    Defendant.
-------------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), CEDRIC

BISHOP, and Defendant, MAUI JIM, INC., in accordance with Rule 41(a)(1) of the Federal

Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without

fees and costs.  Counsel for Defendant authorizes counsel for Plaintiff to file this stipulation on

behalf of both parties.

Dated: New York, New York
      May 9, 2019


**BARNES & THORNBURG LLP**          **GOTTLIEB & ASSOCIATES**


_s/ Mark R. Owens_____    _s /Jeffrey M. Gottlieb_____

Mark. R. Owens, Esq.                    Jeffrey M. Gottlieb, Esq.
11 S. Meridian Street                    150 East 18th Street, Suite PHR
Indianapolis, IN 46204       SO   New York, NY 10003
(317) 231-7459                        (212) 228-9795
Attorneys for Defendant              Attorneys for Plaintiffs

                                ORDERED:

                                  May 9, 2019

_____
United States District Court Judge


Any pending motions are moot.  All conferences are vacated.
The Clerk of Court is directed to close the case.